TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00629-CV







D & J Transport, Inc. and D & J Trucking, Inc., Appellants



v.



Texas Workers' Compensation Insurance Facility, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT


NO. 94-02969, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING







PER CURIAM



 The parties have filed a motion stating that they have reached a settlement and
agreeing to dismissal of the suit. The motion is granted. See Tex. R. App. P. 59(a)(1)(A). We
dismiss the appeal. 



Before Justices Powers, Jones and B. A. Smith

Appeal Dismissed on Joint Motion

Filed: May 15, 1996

Do Not Publish